UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.  3:10cr55/MCR/CJK

**CECIL ANTHONY DORTCH**
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 23, 2013. (Doc. 135). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of any timely filed objections. (*See* doc. 136, as supplemented by doc. 137).

Having considered the Report and Recommendation, and any objections thereto timely filed, The Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion for a new trial (doc. 127) is DENIED.

**DONE AND ORDERED** this 26th day of November, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**